In the Matter of PAUL O'DWYER et al., Respondents. YETTA SULTAN, as Coadministratrix and Distributee of the Estate of KARL SHAPIRO, Deceased, Appellant.—

It is our opinion that under all the circumstances the sum fixed by the Referee and approved by the Surrogate is reasonable for the legal services rendered by the attorneys to the daughter as coadministratrix and distributee of the estate, without regard to the legal services which such attorneys may have rendered to her in matters unrelated to the estate. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.